UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN M. EICKEN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-05-4139 |
| | § | |
| USAA FEDERAL SAVINGS BANK and | § | |
| USAA SAVINGS BANK, | § | |
| | § | |
| Defendants. | § | |

### RULE 54(B) CERTIFICATE AND
### FINAL JUDGMENT AS TO CERTAIN CLAIMS

Pursuant to FED. R. CIV. P. 54(b) and 58(a), and for the reasons set forth in the accompanying Memorandum and Order, the Court hereby **DIRECTS** an entry of judgment for Defendants USAA FSB and USAA SB, and against Plaintiff Steven Eicken, with respect to all of Plaintiff's claims. The Court finds that there is no just reason for delay in entering the judgment.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of July, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.